UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                  :

TERRY BILSON

                                  :                    ORDER

                   Plaintiff,

                                  :          25 Civ. 2479 (MMG) (GWG)

      -v.-                         :

                                  :

THE CITY OF NEW YORK et al.,

                                  :

                 Defendants.      :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

       In light of plaintiff's pro se status, and to assist him in preparing the second amended complaint, the Court attaches hereto a copy of plaintiff's Amended Complaint.

       SO ORDERED.

Dated: September 30, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERRY BILSON
DIN: 22 B 5459

_(In the space above enter the full name(s) of the plaintiff(s).)_

25 Civ. 2479 (___)

**AMENDED COMPLAINT**

-against-

CITY of NEW YORK
CORRECTIONS OFFICER JOHN DOE 1
CORRECTIONS OFFICER JOHN DOE 2
R.N. / MEDICAL PERSONNEL JOHN DOE

Jury Trial: ☑ Yes   ☐ No
(check one)



_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

## I.   Parties in this complaint:

A.   List your name, address and telephone number.   If you are presently in custody, include your identification number and the name and address of your current place of confinement.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff      Name   TERRY BILSON
Street Address   9005 OLD RIVER ROAD
County, City   ONEIDA COUNTY, MARCY
State & Zip Code   NEW YORK, 13403
Telephone Number   N/A

B.   List all defendants.   You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.   Include the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the above caption.   Attach additional sheets of paper as necessary.

_Rev. 12/2009_                                  1

| Defendant No. 1 | Name | CITY of NEW YORK |
|---|---|---|
| | Street Address | |
| | County, City | |
| | State & Zip Code | |
| | Telephone Number | |

| Defendant No. 2 | Name | C.O. JOHN DOE 1 |
|---|---|---|
| | Street Address | |
| | County, City | |
| | State & Zip Code | |
| | Telephone Number | |

| Defendant No. 3 | Name | C.O. JOHN DOE 2 |
|---|---|---|
| | Street Address | |
| | County, City | |
| | State & Zip Code | |
| | Telephone Number | |

| Defendant No. 4 | Name | R.N. / MEDICAL PERSONNEL JOHN DOE |
|---|---|---|
| | Street Address | |
| | County, City | |
| | State & Zip Code | |
| | Telephone Number | |

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions                    ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? VIOLATION of MY CONSTITUTIONALLY PROTECTED FOURTEENTH AMENDMENT, DUE PROCESS CLAUSE

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship    STATE of NEW YORK

Defendant(s) state(s) of citizenship    STATE of NEW YORK, PRESUMABLY

*Rev. 12/2009*

## III.    Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? THE EVENTS GIVING RISE to MY CLAIM(S) OCCURRED AT RIKER'S ISLAND, BLDG. 4/ RNDC, 1 UPPER NORTH HOUSING UNIT DAYROOM

B.    What date and approximate time did the events giving rise to your claim(s) occur? THE EVENTS GIVING RISE to MY CLAIM(S) OCCURRED ON JULY 4th of 2022, APPROXIMATELY AT 10AM to 2PM

C.    Facts: ON THE MENTIONED DATE & AT THE MENTIONED LOCATION I SUFFERED A SERIOUS BODILY INJURY WHILE I WAS IN THE NYCDOC's CUSTODY AS A PRETRIAL DETAINEE, WHICH THE CITY OF NEW YORK IS ULTIMATELY RESPONSIBLE FOR. C.O. JOHN DOE 1 & C.O. JOHN DOE 2 ALSO SHARE CULPABILITY DUE to THE FACT THERE WAS A PRIOR ALTERCATION BETWEEN OTHER INCARCERATED PERSONS PRECEDING MY ASSAULT, THE KNOWN VIOLENT TENDENCIES of INCARCERATED PERSONS HOUSED IN THAT HOUSING AREA AND THE BEHAVIOR DISPLAYED WHEN I EXITED MY CELL AND ENTERED THE DAYROOM ALL DEPICTS THE FACT THERE WAS A RISK of IMMINENT SERIOUS HARM AND THE OFFICIALS ACTED INDIFFERENT to THE KNOWN RISK(S). AFTER THE ALTERCATION I SUSTAINED AN INJURY WHERE I WAS SUBJECTED to INADEQUATE MEDICAL CARE BY THE UNKNOWN RN/MEDICAL PERSONNEL JOHN DOE. RN/MEDICAL PERSONNEL JOHN DOE ACTED WITH DELIBERATE INDIFFERENCE BY PERFORMING INFERIOR TREATMENT METHODS/TECHNIQUES,... (SEE PAGE ATTACHED)

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. THE INJURIES I SUSTAINED WERE A FACIAL LACERATION ABOUT 6-8 INCHES IN LENGTH, EXTREME MENTAL DISORDERS SUCH AS: PTSD, DEPRESSION, ANXIETY, INSOMNIA, HYPERVIGILANTISM/RESTLESSNESS, etc., AND LOST PROPERTY CONSISTING of MY WALLET, STATE ID (NDID), SEVERAL DEBIT CARDS, ABOUT $20.00 IN CASH, MY SOCIAL SECURITY CARD, MY PASSPORT, MY BIRTH CERTIFICATE, MY SNEAKERS, HOODIE AND SHORTS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK

## III. STATEMENT of CLAIM:

### C. FACTS: (CONTINUED)

... WHICH IMPOSED SUFFICIENTLY SERIOUS AND CHALLENGING CONDITIONS THAT COULD HAVE BEEN [DETERED] DETERRED, OR AT LEAST MITIGATED IF ADEQUATE TREATMENT WERE UTILIZED. MEDICAL PERSONNEL JOHN DOE'S CHOICE OF TREATMENT RESULTED IN; IMPROPER HEALING OF THE SKIN (KELOID) SEVERE ITCHINESS, POTENTIAL INFECTION BY the RE-OPENING of the WOUND, PERPETUAL CHAGRIN (MENTAL UNEASINESS) AND LOW SELF-ESTEEM (DUE TO THE DEFORMITY OF THE SCARRED TISSUE HEALING IMPROPERLY), AND THE PERMANENT DISFIGUREMENT OF DAMAGED SKIN HEALING IMPROPERLY WHICH WERE ALL FACTORS THAT CONSISTED DAMAGE TO MY PHYSICAL AND MENTAL SOUNDNESS. THESE CONDITIONS IMPOSED BY MEDICAL PERSONNEL JOHN DOE DUE TO HIS RECKLESS[LY] FAILURE to ACT WITH REASONABLE CARE AND COULD'VE, SHOULD'VE BEEN MITIGATED DUE to THE MEDICAL PERSONNEL'S EXPANSIVE MEDICAL KNOWLEDGE. IN ADDITION TO THE STATED CLAIMS, I WAS DEPRIVED of MY PROPERTY WITHOUT DUE PROCESS of LAW AND DENIED ANY MEANINGFUL POST-DEPRIVATION REMEDY. I ATTEMPTED TO RECOVER THE VALUE of MY LOST PERSONAL PROPERTY OR THE ACTUAL LOST ITEMS VIA A SMALL NYC PROPERTY CLAIM, WHICH I COMPLETED WITH A SOCIAL WORKER WERE NO RESULTS WERE PRODUCED, WHICH IS WHY I WISH TO PURSUE RELIEF FOR THE LOST PROPERTY IN THIS JURISDICTION. ALSO, I RECEIVED NOTICE of THE MISSING PROPERTY AT LAST MINUTE, APPROX. NOVEMBER/DECEMBER 2022, ABOUT 4-5 MONTHS AFTER ENTRUSTING PRISON OFFICIALS WITH MY POSSESSIONS INCLUDING SENSITIVE CREDENTIALS. I ALSO DID NOT KNOW of ANY REDRESS to RECOVER THE LOSS, EXCEPT FOR THE SMALL NYC PROPERTY CLAIM PROVIDED BY MY SOCIAL WORKER AFTER THE STATUTE of LIMITATIONS ALREADY EXPIRED. THE CITY of NEW YORK IS LIABLE FOR THIS LOSS, SINCE THE ACTORS WERE EMPLOYEES UNDER THIS AUTHORITY AND WERE CARRYING OUT THIS CONDUCT IN THE SCOPE of THEIR OFFICIAL CAPACITY AS STATE ACTORS.

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I AM SEEKING MONETARY COMPENSATION IN THE AMOUNT of $150,000.00 FOR THE MEDICAL TREATMENT EXPENSE of LASER SURGERY TO RECTIFY THE BLEMISH I SUSTAINED FROM THE EVENTS GIVING RISE TO MY CLAIM. IN ADDITION to THE MEDICAL/ AESTHETIC PROCEDURE EXPENSE, I REQUIRE PROFESSIONAL PSYCHIATRIC THERAPY/COUNSELLING to RECOVER FROM THE MENTAL DISORDERS SUSTAINED FROM THE CHAIN of EVENTS. LASTLY, A PORTION of SUCH COMPENSATION WILL BE USED TO RECOVER MY LOST PROPERTY AND ANY DAMAGES INFLICTED/SUSTAINED FROM MY PERSONAL POSSESSIONS BEING CONVERTED TO ANOTHER'S USE. SUPPLEMENTING THE MONETARY RELIEF I REQUEST/DEMAND SOME FORM of REPRIMAND BE IMPLEMENTED AGAINST MY WRONGDOERS, SUCH AS PUNITIVE DAMAGES/EXEMPLARY DAMAGES.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 18th day of MAY , 20 25 .

Signature of Plaintiff      *Tommy B*

Mailing Address      9005 OLD RIVER RD.

MARCY, NEW YORK

13403

Telephone Number      N/A

Fax Number *(if you have one)*      N/A

<u>Note:</u>   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners:</u>

I declare under penalty of perjury that on this 18th day of MAY , 20 25, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:      *Tommy B*

Inmate Number      22-B-5459

*Rev. 12/2009*