UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TERRY BILSON                                                :
                                                            :     ORDER
                Plaintiff,                                  :
                                                            :     25 Civ. 2479 (MMG) (GWG)
       -v.-                                                 :
                                                            :
THE CITY OF NEW YORK et al.,                                :
                                                            :
                Defendants.                                 :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      In response to plaintiff's letter of October 2, 2025 (Docket # 19), the plaintiff's deadline to file a second amended complaint is extended to November 9, 2025.

      SO ORDERED.

Dated: October 9, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge