UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                 :

TERRY BILSON,

                                 :               <u>ORDER OF SERVICE</u>

              Plaintiff,

                                 :               25 Civ. 2479 (MMG) (GWG)

    -v.-                          :

                                 :

THE CITY OF NEW YORK et al.,

                                 :

              Defendants.        :
------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    <u>Waiver of Service</u>

    The Clerk of Court is directed to electronically notify the New York City Department of Correction ("DOC") and the New York City Law Department of this order. The Court requests that defendant Norbit McPherson, DOC Shield # 1894, waive service of summons.

    <u><i>Valentin</i> Order</u>

    Under <u>Valentin v. Dinkins</u>, a pro se litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In his second amended complaint, plaintiff supplies sufficient information to permit the City of New York to identify the individual referred to as "Medical Personnel/RN John Doe" who allegedly rendered inadequate care to plaintiff at the "West Wing Infirmary" on Rikers Island the "evening of July 4th, 2022." Docket # 24 at 5. The Law Department, which is the attorney for and agent of the City of New York, is therefore ordered to ascertain the identify and badge number (if applicable) of the John Doe whom plaintiff seeks to sue here and the address where this defendant may be served.[1] The Law Department must file this information with the Court and provide this information to plaintiff and the Court on or before March 6, 2026.

---

[1] If the Doe defendant is a current or former DOC employee or official, the Law Department should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for cases involving DOC defendants, rather than by personal service at a DOC facility. If the Doe defendant is not a current or former DOC employee or official, but otherwise works or worked at a DOC facility, the Law Department must provide a residential address where the individual may be served.

After plaintiff receives the identity of the John Doe nurse, plaintiff must file a third amended complaint naming all defendants, including the John Doe defendant.   The third amended complaint will replace, not supplement, the second amended complaint.   The Court will send plaintiff an amended complaint form once the Law Department responds.   Plaintiff should complete this form to file his third amended complaint.   Once plaintiff has filed his third amended complaint, the Court will screen it and, if necessary, issue an order asking the John Doe nurse to waive service.

Conclusion

The Clerk of Court is directed to notify the DOC and the Law Department of this order. As noted above, the Court requests that defendant Norbit McPherson, DOC Shield # 1894, waive service of summons and that the Law Department respond as directed above to the Valentin order.

SO ORDERED.

Dated:  January 5, 2026
            New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge