UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                             :

TERRY BILSON,

                             :            <u>ORDER OF SERVICE</u>

          Plaintiff,

                             :            25 Civ. 2479 (MMG) (GWG)

    -v.-                           :

                             :

THE CITY OF NEW YORK et al.,

                             :

          Defendants.       :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      In light of the docketing of plaintiff's third amended complaint (Docket # 32), the Court's order of April 23, 2026 (Docket # 31) is VACATED.

      The Clerk of Court is directed to electronically notify defendant Norbit McPherson, the New York City Department of Correction, and the New York City Law Department of plaintiff's third amended complaint.   Consistent with their waivers of service, McPherson and the City of New York have 60 days to respond to the third amended complaint.

      As plaintiff is proceeding <u>in forma pauperis</u>, plaintiff is entitled to rely on the U.S. Marshals Service to effectuate service as to the remaining defendant, Samuel Okorozo.   <u>See</u> 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).   Okorozo's address is given as: 121-67 235th Street, Rosedale, NY 11422.   The Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Okorozo.   The Clerk of Court is further instructed to issue a summons and deliver to the U.S. Marshals Service all the paperwork necessary for the U.S. Marshals Service to effect service upon Okorozo.

      SO ORDERED.

Dated: April 27, 2026
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge