**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY KALMBACH**
*Senior Counsel*
phone: (212) 356-2322
fax: (212) 356-3509
zkalmbac@law.nyc.gov

September 11, 2026

MEMORANDUM ENDORSED

**By ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Terry Bilson v. City of New York, et al., 25 Civ. 2479 (MMG) (GWG)

Your Honor:

I represent defendants the City of New York, Norbit McPherson, and Samuel Okorozo in the above-referenced matter.[1] This Office respectfully writes in response to the Court's Order dated August 11, 2026, to provide an updated briefing schedule for defendants' anticipated motion to dismiss the Third Amended Complaint, as well as to request additional time to investigate the identity of the "Medical Personnel/RN John Doe" plaintiff seeks to sue, from September 11, 2026, to October 9, 2026. (See ECF Nos. 41, 42). This is defendants' second such request. Defendants have not sought plaintiff's position on this request as he is presently incarcerated and proceeding *pro se*. The requested extension does not affect any presently scheduled deadlines.

By way of relevant background, on July 13, 2026, defendants requested that the Court endorse a proposed briefing schedule for their anticipated motion to dismiss the Third Amended Complaint. (ECF No. 39). On July 17, 2026, the Court endorsed the requested briefing schedule. (ECF No. 40). On August 10, 2026, New York City Law Department Supervisor Inna Shapovalova notified the Court that Assistant Corporation Counsel Shreya Krishnamurthy had left her employment with this Office. (ECF No. 41). Further, Ms. Shapovalova notified the Court that, upon further investigation, the identification of defendant Samuel Okorozo as the "Medical

[1] This case has been assigned to Assistant Corporation Counsel Joanne Ling, who is not yet admitted to the New York State Bar. Ms. Ling is handling this matter under my supervision and may be reached at (212) 356-3518 or jling@law.nyc.gov.

Personnel/RN John Doe" whom plaintiff seeks to sue, pursuant to the Court's January 5, 2026, Valentin Order, may have been mistaken. (Id.). In light of those circumstances, defendants respectfully requested an extension of the briefing schedule endorsed by the Court, as well as additional time to investigate and provide an update to the Court as to the identity of the "Medical Personnel/RN John Doe" whom plaintiff seeks to sue, until September 11, 2026. (Id.). On August 11, 2026, the Court granted the requests. (ECF No. 42).

Defendants respectfully request that the Court endorse the following proposed briefing schedule:

- Defendants shall serve and file their motion to dismiss by October 26, 2026;[2]
- Plaintiff shall serve and file his opposition to the defendants' motion to dismiss by December 10, 2026; and
- Defendants shall serve and file their reply papers, if any, within fourteen days upon the service and filing of plaintiff's opposition.

With respect to the identification of the "Medical Personnel/RN John Doe," defendants are currently working with the New York City Department of Correction and the New York City Health + Hospitals to identify the medical provider. However, this Office is currently waiting for updated medical records which, upon information and belief, should identity the correct individual whom plaintiff seeks to sue. As such, defendants respectfully request an extension of time to investigate and provide the identity to the Court, from September 11, 2026, to October 9, 2026.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ *Zachary Kalmbach*
Zachary Kalmbach
*Senior Counsel*

No motion to dismiss shall be filed until all defendants have been identified and served. With respect to the defendant identified as "Medical Personnel/RN John Doe," defendants shall either (1) file a letter to the Court on or before October 9, 2026, indicating the identify of this individual along with either his/her home address or an indication that the individual will waive service or (2) a sworn statement as to all efforts that were made to identify this individual starting with the date of the issuance of this Order and why such efforts have not been successful.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 14, 2026