UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

TERRY BILSON,

Plaintiff,

-v.-

THE CITY OF NEW YORK et al.,

Defendants.

---------------------------------------------------------------X

ORDER OF SERVICE

25 Civ. 2479 (MMG) (GWG)

GABRIEL W. GORENSTEIN, United States Magistrate Judge

In light of the information provided in the City of New York's letter of October 20, 2026 (Docket # 49), the City is relieved of its obligation to provide the sworn statement required by the Court's Order of September 14, 2026. (Docket # 45).

However, the defendants have not done enough to correct their error of identifying Samuel Okorozo as the person plaintiff named as "Medical Personnel John Doe." See Second Amended Complaint, dated December 15, 2026 (Docket # 24). Strangely, the City's letter contains no proposal as to what to do about the fact that the City caused plaintiff to file a Third Amended Complaint that names the wrong person as a defendant.

The City is directed to file on the docket a letter that explains exactly why the person identified in the Second Amended Complaint as "Medical Personnel John Doe" is in fact Dr. Avi Trope and not Samuel Okorozo. The letter shall attach appropriate excerpts from the medical record that show the individual is Dr. Trope. The letter shall also attach a copy of Samuel Okorozo's statement filed as Docket # 38, which as far as the Court can tell was never served on plaintiff.

The City's letter shall be filed on or before October 28, 2026. Plaintiff is directed to review these materials.

If plaintiff agrees that Dr. Trope should be substituted for Samuel Okorozo in the Third Amended Complaint as to all mentions of Samuel Okorozo, plaintiff shall file a letter on or before November 20, 2026, that states: "I consent to substitute Dr. Avi Trope for 'Samuel Okorozo' in the Third Amended Complaint" or words to that effect. The Court will issue an Order that deems all mentions of "Samuel Okorozo" in the Third Amended Complaint to be changed to "Dr. Avi Trope" (or will make notations to the complaint itself to that effect). It will

also issue an Order of Service directing service on Dr. Trope. Plaintiff will <u>not</u> have to file a Fourth Amended Complaint.

If, however, plaintiff does not accept this offer, he shall instead file by November 20, 2026, a letter explaining why he believes that Samuel Okorozo should remain as a defendant in this matter. Plaintiff shall attach to that letter a proposed Fourth Amended Complaint that identifies all defendants he is suing by name and gives specific allegations as to each defendant.

SO ORDERED.

Dated: October 21, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge